UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )   22 Cr. 00518 (PKC)
                              )
OLEG DERIPASKA, *et al.*      )
_____)

**MOTION TO WITHDRAW MICHAEL PARKER AS COUNSEL OF RECORD FOR DEFENDANT OLEG DERIPASKA**

Pursuant to Local Rule 1.4, I, Michael Parker, respectfully move that the Court order my withdrawal as counsel to defendant Oleg Deripaska and cease sending docketing notifications via the ECF system. I am seeking to withdraw because I have left Ferrari & Associates, and will no longer have responsibility for this case. Because I will no longer be representing Mr. Deripaska, as elaborated upon in the attached Declaration, it is appropriate for me to withdraw. Furthermore, Mr. Deripaska remains represented by Erich C. Ferrari, so my withdrawal will have no impact on the defense of this case.

I will remain subject to the Court's jurisdiction for any reason related to this case. I am not retaining or charging a lien in the above captioned matter.

Dated: October 27, 2023

Application GRANTED.
SO ORDERED.  Dated: 10/30/2023

_____
P. Kevin Castel
United States District Judge

Respectfully submitted,

/s/ Michael Parker
Michael Parker
Arktouros PLLC
1717 N Street, N.W.
Suite 1
Washington, D.C. 20036
parker@arktouros.co

## CERTIFICATE OF SERVICE

I, Michael Parker, do hereby certify that on October 27, 2023, a true and correct copy of this Motion to Withdraw as Counsel and accompanying Declaration were filed electronically and sent to all parties via the Court's CM/ECF system.

/s/ Michael Parker
Michael Parker