**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Deripaska, et al.**, 22 Cr. 518 (PKC)

Dear Judge Castel,

    I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

Application Granted.

by: /s/ Anden Chow
    Anden Chow
So Ordered:     Assistant United States Attorney
    Hon. P. Kevin Castel, U.S.D.J. (212) 637-2348

11-16-23