

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2023

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:   *United States v. Natalia Bardakova,* **S1 22 Cr. 518 (PKC)**

Dear Judge Castel:

    The Government respectfully writes, with consent of the defendant, to request a brief adjournment of three business days to the deadlines for the Government's opposition to the defendant's motion to dismiss the Indictment, and the defendant's reply. Under the proposed adjournment, the Government's response would be due two days after Christmas, on December 27, 2023, and the defendant's reply would be due January 24, 2024. If this adjournment is acceptable, the parties respectfully request the Court "so order" this letter. Because Ms. Bardakova is abroad and has not yet been apprehended and presented to a judicial officer, the Speedy Trial clock has not begun to run. *See* 18 U.S.C. § 3161(c)(1).

                              Very truly yours,

                              DAMIAN WILLIAMS
                            United States Attorney

              by:     /s/
                   Vladislav Vainberg
                   Assistant United States Attorney
                   (212) 637-1029

cc:    all counsel of record (by ECF)